# MEMORANDUM DECISIONS.

ACCARDI, Appellant, v. NEW YORK CONTRACTING & TRUCKING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Sebastiano Accardi, as administrator, against the New York Contracting & Trucking Company. Giuseppe L. Maggio, for appellant. T. J. O'Neill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ADOLPH LARET CO., Appellant, v. ANDERSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the Adolph Laret Company against Anders G. Anderson and another. No opinion. Judgment affirmed, with costs.

AHRENS, Appellant, v. MILLIKEN et al., State Civil Service Commission, Respondents. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) In the matter of the application of Frederick W. Ahrens for a writ of mandamus against Charles F. Milliken and others, comprising the Civil Service Commission of the State of New York. No opinion. Order unanimously affirmed, with costs.

In re ALEXANDER. (Supreme Court, Appellate Division, First Department. October 15, 1909.) In the matter of Louis Alexander. No opinion. Reference ordered. Settle order on notice.

ALLEY, Appellant, v. DALY, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Florence B. Alley against Claude S. Daly. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ALOURO et al., Respondents, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Theresa Alouro and another, as administrators, etc., of Nicholas Alouro, deceased, against the Syracuse, Binghamton & New York Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ALOURO et al., Respondents, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 24, 1909.) Action by Theresa Alouro and Louis Fazio, as administrators, etc., of Nicholas Alouro, deceased, against the Syracuse, Binghamton & New York Railroad Company. No opinion. Motion denied.

AMERICAN BRIDGE CO. v. BUCKLEY. SAME v. KRANICH. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Actions by the American Bridge Company against Richard W. Buckley and against one Kranich. R. L. Redfield, for appellants. H. F. Stone, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements. Orders filed.

AMERICAN ICE CO., Appellant, v. ROSEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by the American Ice Company against Annie Rosen and another. PER CURIAM. While we think that the evidence was sufficient to establish the liability of H. Brown personally, we will not disturb the dismissal of the complaint in this action, brought to establish his liability as a copartner. The judgment of the Municipal Court is therefore affirmed, with costs.

AMERICAN SOCIETY FOR PREVENTION OF CRUELTY TO ANIMALS, Respondent, v. GIBSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by the American Society for the Prevention of Cruelty to Animals against Robert Gibson. No opinion. Judgment of the Municipal Court affirmed, with costs.

ANDERSON et al., Appellants, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Frank P. Anderson and Maude E. Anderson, copartners, etc., against Albert Cohen. No opinion. Judgment of the Municipal Court affirmed, with costs, on the authority of Jacob v. Columbia Storage Warehouses, 125 App. Div. 556, 109 N. Y. Supp. 1015.

ANDERSON, Respondent, v. PENNSYLVANIA STEEL CO., Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by Dagney Anderson, as administratrix, against the Pennsylvania Steel Company. H. S. Marshall, for appellant. H. M. Earle, for respondent. No opinion. Judgment and order (61 Misc. Rep. 504, 115 N. Y. Supp. 570) affirmed, with costs. Order filed.

ANDERSON v. PENNSYLVANIA STEEL CO. (Supreme Court, Appellate Division, First